# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM***
ARI D. GANCHROW*

MAURA E. BREEN**
SAMUEL R. BLOOM****

\* ADMITTED IN NY AND NJ
\*\* ADMITTED IN NY AND CT
\*\*\* ADMITTED IN NY AND FLA
\*\*\*\* ADMITTED IN NY, NJ AND MD

January 24, 2020

*[Handwritten annotation: (DE 11) Motion deemed withdrawn and action stayed for 30 days without prejudice to refiling after the stay expires. SO ORDERED. 1-24-21]*

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Building Service 32BJ Health Fund, et al. v. Team Clean, Inc.
S.D.N.Y. Docket No. 19-CV- 7180 (PKC)

Dear Judge Castel,

The undersigned is counsel for Plaintiffs in the above-captioned matter. Pending before Your Honor is a motion by Defendant seeking dismissal of the Complaint. (Docket Entry # 11)

The parties have engaged in settlement discussions and it appears that an agreement may be reached shortly. In order to preserve the Court's limited resources the parties respectfully ask Your Honor hold the motion in abeyance for thirty days to allow the parties to conclude the terms of the settlement agreement.

Respectfully submitted,

Ira A. Sturm

cc: Paul Friedman (By Email: Paul.Friedman@jacksonlewis.com)
    Malcolm Ingram (By Email: Malcolm.Ingram@jacksonlewis.com)
    Syreeta Moore (By: ECF)