UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BUILDING SERVICE 32BJ HEALTH FUND,
et al.,

                             Plaintiffs,                        19-cv-7180 (PKC)

       -against-

                                                                                   ORDER
TEAM CLEAN, INC.,

                             Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Within 14 days of this Order, the parties shall advise as to the status of the action and the steps necessary to bring it to conclusion.

        SO ORDERED.

                                                                        P. Kevin Castel
                                                           United States District Judge

Dated:  New York, New York
           July 21, 2020