# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM***
ARI D. GANCHROW*

MAURA E. BREEN**
SAMUEL R. BLOOM****

\* ADMITTED IN NY AND NJ
\*\* ADMITTED IN NY AND CT
\*\*\* ADMITTED IN NY AND FLA
\*\*\*\* ADMITTED IN NY, NJ AND MD

August 18, 2020

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Building Service 32BJ Health Fund, et al. v. Team Clean, Inc.
S.D.N.Y. Docket No. 19-CV- 7180 (PKC)

Dear Judge Castel,

The undersigned is counsel for Plaintiffs in the above-captioned matter. Please accept the following response to the Court's order of this date and a request that the action be dismissed.

The parties have resolved the matter pursuant to a settlement, the terms of which were agreed to be confidential. Counsel who appeared for Defendant is no longer affiliated with the Defendant and I am not able to obtain a consent for dismissal pursuant to FRCP 41(a)(1).

As the matters have been resolved, the plaintiffs do not oppose the dismissal of the case and so request that the Court dismiss the action pursuant to FRCP 41(a) (2).

Respectfully submitted,
S/ Ira A. Sturm
Ira A. Sturm

cc: Paul Friedman (By Email: Paul.Friedman@jacksonlewis.com)
Malcolm Ingram (By Email: Malcolm.Ingram@jacksonlewis.com)
Syreeta Moore (By: ECF)

*Handwritten annotation:* Pursuant to Rule 41(a)(2) the action is dismissed with prejudice and without costs to either party. SO ORDERED. [signature] USDJ 9-15-20